O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNEX RAILROAD LLC, et al., | CASE NO. 2:16-CV-02368-ODW-RAO |
| Plaintiffs, | **ORDER DENYING EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** |
| vs. | |
| AXA CORPORATE SOLUTIONS ASSURANCE, and DOES 1 through 10, | |
| Defendants. | |

The Court hereby DENIES Plaintiffs' *Ex Parte* Application for Leave to File Sur-Reply in support of Opposition to Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: September 9, 2016           Honorable Otis D. Wright, II